**Clinton A. DUNLAP, Respondent,**

v.

**DIRECTOR OF REVENUE, State of Missouri, Appellant.**

No. ED 83514.

Missouri Court of Appeals, Eastern District, Division Three.

June 29, 2004.

Jeremiah W. (Jay) Nixon, Atty. Gen., Cheryl Caponegro Nield, Jefferson City, MO, for appellant.

Sidney A. Thayer, Jr., Washington, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., WILLIAM H. CRANDALL, JR., J., LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

The Director of Revenue appeals from the judgment setting aside the revocation of Clinton Dunlap's driving privileges for his alleged failure to submit to a breathalyzer test. An opinion would have no precedential value. We have provided the parties with a memorandum for their information only setting forth the reasons for this order.

The judgment is affirmed. Rule 84.16(b).